D. J. TODD, SR., ADMINISTRATOR OF D. J. TODD, JR., v. E. J. SMATHERS.

(Filed 1 February, 1952.)

**Trial § 4:  Appeal and Error § 37—**

> A motion for continuance is addressed to the discretion of the trial judge, and, in the absence of manifest abuse, his ruling thereon is not reviewable.

APPEAL by plaintiff from *Pless, J.,* at 17 September Term, 1951, of FORSYTH.

Civil action to recover damages for alleged wrongful death, heard upon motion of plaintiff to continue trial of this cause until a certain witness for plaintiff, who is now in the Armed Services of the United States, be available.

TODD *v.* SMATHERS.

The trial judge, upon facts found as appear of record, ordered that the cause be not calendared for trial or tried before or during the October Term, 1951, of the court, and that subsequent thereto defendant shall be at liberty to calendar same for trial.

Plaintiff appeals to Supreme Court, and assigns error.

*Fred S. Hutchins for plaintiff, appellant.*

*Ratcliff, Vaughn, Hudson, Ferrell & Carter for defendant, appellee.*

PER CURIAM. A motion for continuance is addressed to the discretion of the trial judge, and, in the absence of manifest abuse, his ruling thereon is not reviewable. *S. v. Parker,* 234 N.C. 236, and cases cited.

And on the facts presented on this record, we are of opinion that no such abuse has been made to appear. Hence this appeal will be, and it is hereby

Dismissed.